IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAMIRO CORDOVA PINEDA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-06506-FB |
| | § | |
| TODD BLANCHE, Unites States | § | |
| Attorney General; *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER OF DISMISSAL AND JUDGMENT**

Before the Court is the Federal Respondents' Advisory to the Court (ECF No. 4), filed on October 28, 2026. Petitioner in this case filed a habeas petition (ECF No. 1) challenging the legality of Petitioner's detention. The Federal Respondents' Advisory (ECF No. 4) indicates that Petitioner has been released from immigration detention. Because the Federal Respondents are no longer detaining Petitioner, his claims for relief are moot. Accordingly, this case shall be dismissed as moot.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Ramiro Cordova Pineda is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 2nd day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE